McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA R. FLANSBURG,<br><br>         Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>         Defendant. | CIV-S-04-1836 CMK<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from the present due date of April 15, 2005, by thirty-one days, to the new response date of May 16, 2005.  The extension is needed because of heavy workload demands currently being experienced at Social Security Administration's Office of the General Counsel, Region IX.

    This is the first extension requested re Defendant's response to Plaintiff's motion for summary judgment.

    The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

1

stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: April 14, 2005    /s/ William A. Galvin
WILLIAM A. GALVIN
Attorney at Law

Attorney for Plaintiff

DATED: April 14, 2005    McGREGOR W. SCOTT
United States Attorney

By: /s/ Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U. S. Attorney

Attorneys for Defendant

OF COUNSEL:

JANICE L. WALLI
Chief Counsel, Region IX

CARYN L. GOOT
Assistant Regional Counsel

Social Security Administration

RE:   PAMELA R. FLANSBURG v. JO ANNE B. BARNHART, Civ-S-04-1836 CMK, STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA R. FLANSBURG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　　　Defendant. | CIV-S-04-1836 CMK<br><br>ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Pursuant to the stipulation of the parties, electronically filed *April 14, 2005* showing good cause for a requested first extension of Defendant's time to respond to Plaintiff's motion for summary judgment, the request is hereby APPROVED.

Defendant shall file her response on or before May 15, 2005.

SO ORDERED.

DATED: April 22, 2005

　　　　　　　　　　　　　　　　　/s/    **CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　Craig M. Kellison
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE