McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA R. FLANSBURG,<br><br>            Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>            Defendant. | CIV-S-04-1836 CMK<br><br>ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Pursuant to the stipulation of the parties, electronically filed *May 16, 2005*, showing good cause for a requested second extension of Defendant's time to respond to Plaintiff's motion for summary judgment, the request is hereby APPROVED.

Defendant shall file her response on or before May 23, 2005.

SO ORDERED.

DATED:  May 17, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE